# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| EILEEN HIRSCH, | ) | |
| | ) | |
| Plaintiff, | ) | No. 22 CV 6569 |
| v. | ) | Judge John J. Tharp, Jr. |
| | ) | |
| L'OREAL USA, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## JUDGMENT ORDER

This action having been decided by Judge John J. Tharp, Jr., case is dismissed without prejudice on Defendant's motion to dismiss, it is hereby ORDERED:

Judgment is hereby entered in favor of defendant L'Oreal USA, Inc. and against plaintiff Eileen Hirsch. Defendant shall recover costs from plaintiff.

Dated: June 23, 2025

/s/ John J. Tharp, Jr.
John J. Tharp, Jr.
United States District Judge